THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 14-cv-00150-RPM

SEAN ALEXANDER and
CINDY ALEXANDER,

    Plaintiffs,

v.

LIBERTY ACQUISITIONS SERVICING, LLC,

    Defendant.

_____

ORDER GRANTING MOTION TO HOLD MOTION TO COMPEL IN ABEYANCE
_____

Upon review of Plaintiffs' Unopposed Motion to Hold Motion to Compel in Abeyance pending resolution of a prospective motion for summary judgment [19], filed October 14, 2014, it is

ORDERED that the motion is granted.

Dated:   October 15th, 2014

BY THE COURT:

s/Richard P. Matsch

_____
Richard P. Matsch, Senior District Judge