**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch**

Date: March 25, 2015
Courtroom Deputy: Bernique Abiakam
FTR Technician: Kathy Terasaki

Civil Action No. 14-cv-00150-RPM

SEAN ALEXANDER and CINDY ALEXANDER,   Daniel J. Vedra

   Plaintiffs,

v.

LIBERTY ACQUISITIONS SERVICING, LLC,   Steven K. Wienczkowski

   Defendants.

## COURTROOM MINUTES

**Hearing on Cross Motions for Summary Judgment**

**9:59 a.m.   Court in session.**

Court calls case. Appearances of counsel and Plaintiff.

Court's preliminary remarks.

10:07 a.m.   Argument by Mr. Vedra. Questions by the Court.

**ORDERED: Defendant Liberty Acquisitions Servicing, LLC's Motion For Summary Judgment Pursuant To Fed.R.Civ.P.56 (Filed 11/17/14; Doc. No. 21) is GRANTED.**

**ORDERED: Motion For Summary Judgment (Filed 11/17/14; Doc. No. 22) is DENIED.**

**10:11 a.m.   Court in recess.**   Hearing concluded. Total time: 12 minutes.